# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

ALEXANDRIA AVILA,

    Plaintiff,

v.                                                                                              Case No: 5:25-cv-406-JSM-PRL

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY and ACTING
DIRECTOR, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

    Defendants.

_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 15). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. 15) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants' Motion to Dismiss (Dkt. 10) is GRANTED under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction.

3. Plaintiff's Complaint Seeking Review of Final Agency Action Pursuant to the Administrative Procedure Act and Alternative Request for Issuance of Writ of Mandamus (Dkt. 1) is DISMISSED without prejudice.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of January, 2026.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record